**FILED**

October 9, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____ CR _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Cause No.: **DR:24-CR-02568-EG** |
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| | § | Illegal Re-entry into the United States.] |
| OLANDA CONSTANTINESCU | § | |
| A/K/A OLANDA ZATREANU | § | |
| | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about September 11, 2024, in the Western District of Texas, Defendant,

OLANDA CONSTANTINESCU
A/K/A OLANDA ZATREANU,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about April 3, 2024, and that Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) & (b)(1)/(2).

A TRUE BILL.

███████████████████████████

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____
BRETT C. MINER
Assistant United States Attorney